UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-10502-SPG-SK | Date | January 20, 2026 |
| Title | Mauricio Herrera v. Sunrise Ford, et al. | | |

Present: The Honorable  **SHERILYN PEACE GARNETT**
UNITED STATES DISTRICT JUDGE

| Patricia Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:**   **[In Chambers] Order To Show Cause Re: Dismissal for Lack of Prosecution**

Under the Scheduling Order issued by the Court on February 10, 2025, the parties were required to make certain pretrial filings by January 7, 2026. *See* (ECF No. 16-1). The parties have not made the required filings. Additionally, the record reflects that no action has been taken in this case since the Scheduling Order was issued nearly a year ago. It therefore appears that Plaintiff is not prosecuting this case.

Plaintiff is hereby **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion); *see* Fed. R. Civ. P. 41(b). Within fourteen (14) days of the issuance of this Order, Plaintiff shall respond, in writing, explaining why this action should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Plaintiff's response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

**IT IS SO ORDERED**.

00          00

＿＿＿＿ : ＿＿＿＿

Initials of Preparer   pg